IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ROBERT L. DIMOND,

    Plaintiff,

vs.                                    Civ. No. 96-1013 JP/WWD

ALLSUP'S CONVENIENCE STORE, INC.,

    Defendant.

## MEMORANDUM OPINION AND ORDER

This matter comes before the Court *sua sponte*. In my Memorandum Opinion and Order entered June 18, 1997, I indicated that "[i]f the instant lawsuit is not disposed of summarily, I will revisit the question of whether records of the New Mexico Workers Compensation Administration should be produced; ...." The case has not been disposed of summarily. The records of the New Mexico Workers Compensation Administration concerning Robert Dimond should be produced to the Defendant forthwith.

    **IT IS SO ORDERED.**

                                                  _____
                                                  UNITED STATES MAGISTRATE JUDGE